UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert R. Matthews, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 1661** |
| | ) | |
| United States Department of Interior *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

(N)

Plaintiff, a District of Columbia resident, sues the United States Department of Interior, the National Park Service and the United States Park Police for allegedly supplying a "false and incomplete collision report . . . in connection with a collision that occurred in NPS area parking lot on May 15, 2010." Compl. at 1. He claims that he has contacted the litigation section of the Department of Justice's Civil Rights Division to "seek[] a complete administrative investigation." *Id.* at 2. Plaintiff does not request any relief from the named defendants. Moreover, the complaint is devoid of any facts supporting a claim and a basis for federal court jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: September 28, 2010